IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS LAMBERIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, a Delaware limited liability company,<br><br>    Defendant. | No. 1:17-cv-05678<br><br>Judge Jorge Alonso<br><br>Magistrate Judge Sheila Finnegan |

## DEFENDANT QUOTEWIZARD.COM, LLC'S MOTION TO STRIKE CLASS ALLEGATIONS

Pursuant to Federal Rules of Civil Procedure 12(f) and 23, defendant QuoteWizard.com, LLC ("QuoteWizard"), hereby moves to strike the class allegations in the First Amended Class Action Complaint (Docket Entry 22, the "FAC") filed by plaintiff Nicholas Lamberis ("Plaintiff"). Striking the class allegations is appropriate at this stage because it is clear on the face of the FAC that Plaintiff will not be able to meet the Rule 23 prerequisites for class certification and no amount of discovery will change that fact. Specifically, (1) Plaintiff has pled an impermissible fail-safe class, (2) Plaintiff cannot demonstrate commonality, (3) Plaintiff cannot demonstrate typicality, (4) Plaintiff cannot demonstrate adequacy, (5) Plaintiff cannot demonstrate predominance, and (6) Plaintiff cannot demonstrate superiority.

WHEREFORE, for the foregoing reasons, as set forth more fully in the accompanying memorandum of law, the Court should enter an order striking the class allegations in the FAC.

Respectfully submitted,

QUOTEWIZARD.COM, LLC

By:   /s/ Blaine C. Kimrey
      One of its attorneys

Blaine C. Kimrey
Bryan K. Clark
Madeline V. Tzall
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Dated: November 21, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2017, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Blaine C. Kimrey*