IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS LAMBERIS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>QUOTEWIZARD.COM, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:17-cv-05678<br><br>Judge Jorge Alonso<br><br>Magistrate Judge Sheila Finnegan |

## NOTICE OF SUPPLEMENTAL AUTHORITY MOOTING DEFENDANT QUOTEWIZARD.COM, LLC'S RENEWED MOTION TO STAY

Plaintiff Nicholas Lamberis respectfully submits *ACA Int'l v. Fed. Commc'ns Comm'n*, No. 15-1211, 2018 WL 1352922 (D.C. Cir. Mar. 16, 2018) as supplemental authority regarding Defendant QuoteWizard.Com, LLC's renewed Motion to Stay (Dkt. 29). The opinion is attached to this Notice as Exhibit A.

In its Motion, QuoteWizard argued that this case "should be stayed pending resolution of *ACA Int'l v. FCC*, Case No. 15-1211, U.S. Court of Appeals for the D.C. Circuit." (Dkt. 29 at 1.) Since *ACA* has resolved, QuoteWizard's Motion is moot.

Dated: March 22, 2018

Respectfully submitted,

*/s/ Daniel M. Hutchinson*

**KOZONIS LAW, LTD.**
Gary M. Klinger
Ryan F. Sullivan
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 312.283.3814

- 1 -

- 2 -

Fax: 773.496.8617
gklinger@kozonislaw.com
rsullivan@kozonislaw.com

**LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP**
Jonathan D. Selbin
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

**LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP**
Daniel M. Hutchinson
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

**LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP**
John T. Spragens
Email: jspragens@lchb.com
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9937

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                      */s/ Daniel M. Hutchinson*

1528828.1